

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-16-00513-CR

William B. **EAKLE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10789
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

After the trial court denied the defendant's motion to suppress, the defendant requested findings of fact and conclusions of law. The State subsequently filed proposed written findings of fact and conclusions of law. The court of criminal appeals held in *State v. Cullen* that, "upon request of the losing party on a motion to suppress evidence, the trial court shall state its essential findings. By 'essential findings' we mean that the trial court must make findings of fact and conclusions of law adequate to provide an appellate court with a basis upon which to the review the trial court's application of the law to the facts." *State v. Cullen,* 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). The trial court is not, however, obligated to adopt a party's proposed findings and conclusions. We have reviewed the clerk's record and the reporter's record to determine if the trial court made the requested findings and conclusions. *See id.* (holding findings and conclusions need to be recorded in some way, whether written out and filed by the trial court, or stated on the record at the hearing). No findings of fact or conclusions of law related to the motion to suppress appear in the appellate record.

The State has filed a motion to abate the appeal to permit the trial court to make the requested findings of fact and conclusions of law. TEX. R. APP. P. 44.4; *State v. Elias*, 339 S.W.3d 667, 680 (Tex. Crim. App. 2011) (when timely request for findings of fact and conclusions of law was made, appellate court must abate the appeal and remand case to trial court). The State's motion is GRANTED.

Accordingly, this appeal is ABATED, and the trial court is ORDERED to make findings of fact and conclusions of law with respect to the motion to suppress *within thirty (30) days* from the date of this order. The findings of fact and conclusions of law may be in the form of written findings or oral findings made at a hearing in open court with all counsel present. If the trial court makes written findings, we ORDER the trial court clerk to prepare and file a supplemental clerk's record containing the trial court's written findings *on or before the fifteenth (15th) day* from the date of the trial court's findings. If the trial court makes oral findings on the record in open court, we ORDER the court reporter to prepare and file a supplemental reporter's record of the hearing *on or before the fifteenth (15th) day* from the date of the hearing. All appellate deadlines are suspended pending further order of this court.

The Clerk of this court is instructed to serve a copy of this order on the trial court, the trial court clerk, the court reporter, and all counsel.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk